Ben West (SBN 251018)
Lee Hejmanowski (SBN 166236)
**CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
3398 Carmel Mountain Rd., Ste. 250
San Diego, CA 92121
Tel: (858) 720-8080
dbw@chpllaw.com
leh@chpllaw.com

Attorneys for Plaintiff Rewardify, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rewardify, Inc., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Synvest Canco, Inc., a Canadian corporation, Adam Salahudeen, an individual; Red Jacket Capital, Inc., a Canadian corporation, Ken McCord, an individual, and Dave Sanderson, an individual<br><br>　　　　Defendants. | Case No: 21-cv-00046-H-JLB<br><br>**NOTICE OF SETTLEMENT** |

1 | Pursuant to Section VIII.A. of Judge Burkhardt's Civil Chambers Rules, Plaintiff Rewardify, Inc. and Defendants Red Jacket Capital, Inc., Ken McCord, and Dave Sanderson hereby provide notice that they have reached a settlement in principle.

These Parties are in the process of documenting the terms of the settlement agreement and, as such, Plaintiff is not yet prepared to submit a request for dismissal. These Parties anticipate that they will be prepared to submit a request for dismissal by August 22, 2022.

Respectfully submitted,

Dated: August 4, 2022         **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**

By:  /s/ Ben West
     Ben West
     Attorneys for Plaintiff Rewardify, Inc.

Dated: August 4, 2022         **NOVA IP Law, PLLC**

By:  /s/ Michael Whitticar
     Michael Whitticar
     Attorneys for Defendants Red Jacket, Inc., Ken McCord, and Dave Sanderson

1
NOTICE OF SETTLEMENT

## ATTESTATION REGARDING SIGNATURES

1. I, Ben West, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: August 4, 2022            **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**

By: /s/ Ben West
      Ben West
Attorneys for Plaintiff Rewardify, Inc.